# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-27 |
| v. ) | |
| ) | Judge Nixon |
| BRICE N. MARCHBANKS ) | |

## ORDER

Pending before the Court is Defendant Brice Marchbanks's Motion to Adopt Amended Motion to Dismiss Indictment ("Motion to Adopt"). (Doc. No. 1527.) Defendant Marchbanks requests to adopt Defendants Paul McQuiddy and Leonard Baugh's Amended Motion to Dismiss filed on October 29, 2012 (Doc. No. 1400), and supporting documents filed on October 29 and November 19, 2012 (Doc. Nos. 1404; 1464), to the extent that they apply to Defendant Marchbanks's circumstance. All of the motions named in Defendant Marchbanks's Motion to Adopt are currently pending before the Court.

The arguments made by Defendants McQuiddy and Baugh in their motion and supporting documents apply equally to Defendant Marchbanks. (*See* Doc. Nos. 1400; 1404; 1464). Accordingly, the Court **GRANTS** Defendant's Motion to Adopt with respect to documents filed by Defendants McQuiddy and Baugh (Doc. Nos. 1400; 1404; 1464).

It is so ORDERED.

Entered this the 13th day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT