IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-27 |
| v. | ) | |
| | ) | Judge Nixon |
| BRICE N. MARCHBANKS a/k/a "BEAR" | ) | |

## ORDER

Pending before the Court is the Second Motion of the Defendant for an Extension of Time Within Which to Renew His Motion for a Judgment of Acquittal, and to File a Motion for a New Trial ("Motion"). (Doc. No. 2731.) The United States does not oppose Defendant's Motion. Accordingly, the Court **GRANTS** the Motion and the Defendant shall file any renewed motion for a judgment of acquittal and motion for a new trial by **Monday, November 17, 2014**.

It is so ORDERED.

Entered this the __29th__ day of October, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT